| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 4101573 | **DATE** 08/09/2024 |
|---|---|---|---|---|---|
| **NAME** HICKS, Martez | | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | | **DOCKET #** 15-CR-20652-21 |
| **ORIGINAL SENTENCE DATE** 06/17/2019 **COMMENCED** 08/05/2022 **EXPIRATION** 08/04/2025 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 23 | **PHOTO** | |
| **ASST. U.S. ATTORNEY** Barbara Lanning | | **DEFENDANT ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count : 18 U.S.C. § 1962 - Rico - Racketeering

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 68 months, to be followed by a 36-month term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall submit to a psychological/psychiatric evaluation as directed by the probation officer, if necessary.
2. The defendant shall participate in a program approved by the probation department for mental health counseling, if necessary.
3. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
4. The defendant shall submit his person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search.  Such a search shall be conducted by a United States probation officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.  of release.
5. You must not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a "gang." You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You must

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | U. S. Probation Office Eastern District of Michigan | PACTS 4101573 | DATE 08/09/2024 |
|---|---|---|---|---|
| **NAME** HICKS, Martez | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 15-CR-20652-21 | |

not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You must not possess, wear or display any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You must not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You must acquire no tattoos, body markings or piercings of any kind.

Criminal Monetary Penalty:  Special Assessment $100.00 (paid)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

[X]  New Criminal Charges                    [ ]  Violent Conduct

[ ]  Whereabouts Unknown (Absconder)         [ ]  Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." <br><br> According to Detroit Police Report No. 240808-0428, on August 8, 2024, HICKS was found to be in possession of a firearm. Officers were patrolling an area in Detroit where a recent block shooting left two individuals shot fatally. Officers observed several individuals standing on the sidewalk consuming alcohol. MARTEZ HICKS was observed to have a suspected firearm in his right waistband. Officers exited their vehicles to investigate and approached HICKS. He began to blade his body and distance himself from the officers while clutching his right side of his waistband.  As officers were closing their distance, HICKS took flight and began to flee. Officers were able to stop HICKS with the use of a taser. Once HICKS fell to the ground, officers observed a black handgun with an extended magazine fall from his person. <br><br> HICKS was transported to Ascension St. John Hospital in Detroit, Michigan for a medical examination and then he was transferred to the Detroit Detention Center in Detroit, Michigan for processing. As of the date of this report, HICKS remains in custody. |
| 2 | **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE WEAPON (i.e., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 4101573 | DATE 08/09/2024 |
|---|---|---|---|---|
| **NAME** HICKS, Martez | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 15-CR-20652-21 | |

CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS).

According to Detroit Police Report No. 240808-0428, on August 8, 2024, HICKS was found to be in possession of a firearm.

| I declare under penalty of perjury that the foregoing is true and correct. **SENIOR PROBATION OFFICER** Sarah A. Reinkensmeyer/slg 313-234-5443 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[ X ]   To issue a warrant to be filed as a detainer

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[ X ]   The issuance of a Warrant

[  ]    Others

s/Laurie J. Michelson,
United States District Judge Presiding

Acting in the absence of Judge Sean F. Cox

8/9/2024
Date